LAED -247-1stSA (3/15/19)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | | CASE NO. 2:09-CR-00057 |
| GERALD ROBERTS | * | USM NO. 27335-034 |

Date of Previous Judgment: 02/22/2012       Defendant's Attorney: Samantha Kuhn

## ORDER FOR SENTENCE REDUCTION
## PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the Court for a reduction in the term of imprisonment imposed based on the modification of statutory penalties by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time the defendant's offense was committed:  Having considered such motion, and taking into account Section 404 of the First Step Act of 2018, to the extent it is applicable, and the sentencing factors from Title 18 USC 3553(a),

**IT IS ORDERED** that the motion is:
☒ GRANTED and the defendant's previously imposed sentence of imprisonment of 145mo&120mo as to count(s) 6 & 15 is reduced to 82 months.
☐ DEFERRED pending supplemental briefing and/or a hearing.
☐ DENIED after complete review of the motion on the merits.

The defendant's total term of imprisonment as to all count(s) is 82 months.

The defendant's term of supervised release:
☐ REMAINS as previously ordered.
☒ is REDUCED to 4 years.

**COURT DETERMINATIONS OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018**

Prior Statutory Minimum: 120 months          Amended Statutory Minimum: 60 months
Prior Guideline Range: 120-150 months         Amended Guideline Range: 70 to 87 months
Prior Sentence: 145 months                    Amended Sentence: 82 months
Prior Supervised Release: 5 years             Amended Supervised Release: 4 years

Comments (if applicable):

The defendant moved for a downward variance from the amended guideline range advocating a sentence of 60 months for all counts, to run concurrently.  The government did not agree to such a variance, but did concur in a sentence within the amended guideline range.  Thus, the Court imposed a sentence of 82 months as to Counts 6 and 15, to be served concurrently with each other and the 60 months as to each of Counts 1 through 4.

Except as provided above, all provisions of the judgment dated 02/22/2013 shall remain in effect. The reduced sentence shall be effective **10 days** following the date of this order indicated below.

**IT IS SO ORDERED.**

05/21/2019
ORDER DATE                                    UNITED STATES DISTRICT JUDGE